UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:17-CR-00027-D-1

| UNITED STATES OF AMERICA | |
|---|---|
| v. | ORDER TO RELEASE DEFENDANT ON COMPASSIONATE FURLOUGH |
| JAMES ANTRON DILDY | |

This matter comes before the Court by motion of the Defendant to grant him a 12-hour furlough from the New Hanover County Detention Center for purposes of attending his grandmother's funeral in Farmville, North Carolina. For good cause shown, it is hereby ORDERED that the 12-hour furlough is GRANTED.

The Defendant shall be released from the New Hanover County Detention Center at 9:00 a.m. on Saturday, January 13, 2018, for the sole purpose of attending the memorial service and burial ceremony for his grandmother in Farmville, North Carolina. At all times during that day, the Defendant shall remain in the custody of his father, James Henry Dildy, and fiancé, Allegra Peele. The Defendant's father and Ms. Peele shall return the Defendant to the New Hanover County Detention Center by no later than 9:00 p.m. on Saturday, January 13, 2018.

**IT IS SO ORDERED.**

This _9_ day of January, 2018.

JAMES C. DEVER III
Chief United States District Judge